IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEVIN G. NUNES,

    Plaintiff,

v.                                           Civil Action No. 3:20-cv-146

WP COMPANY, LLC, et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that Defendant WP Company LLC's MOTION TO TRANSFER (ECF No. 10) is granted. It is further ORDERED that the Clerk shall transfer this action to the United States District Court for the District of Columbia.

It is so ORDERED.

                                                     /s/   REP
                                                  Robert E. Payne
                                                  Senior United States District Judge

Richmond, Virginia
Date: May 21, 2020